UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LHF PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOE 1, *et al.*, <br><br> Defendants. | Case No. C17-254 RSM <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

On May 19, 2017, the Court granted in part and denied in part Plaintiff LHF Productions, Inc.'s ("LHF") motion for extension of time to serve its Amended Complaint. Dkt. #14. In its Order, the Court granted LHF a 30-day extension. *Id*. at 4. LHF, unsatisfied with the amount of time the Court granted, asks the Court to reconsider its Order. *See* Dkt. #14 at 1-4. The Court remains unpersuaded by LHF.

As stated in Local Civil Rule 7(h)(1), "[m]otions for reconsideration are disfavored." Consequently, the Court will "ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." LCR 7(h)(1). LHF fails to address this standard. Instead of showing a manifest error in the Court's Order, or directing the Court to new facts or legal authority which could not have been brought to the Court's attention

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION — **1**

earlier, LHF simply concludes the Court "overlooked or misapprehended certain important matters," then outlines five reasons explaining why it disagrees with the Court's Order. Dkt. #14 at 1-4. LHF's motion, aside from failing to meet the LCR 7(h)(1) standard, fails to persuade the Court. LHF's motion for reconsideration (Dkt. #15) is accordingly DENIED.

Dated this 16th day of June 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE